IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED

2017 NOV 20 A 9: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:17-MJ-526 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| NASSIR A. SIMS, | ) | Court Date: November 27, 2017 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor - 6677167)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 10, 2017, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, NASSIR A. SIMS, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844)

Respectfully Submitted,

Dana J. Boente
United States Attorney

Michael D. Minerva
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 21 day of November 2017 to the defendant at:

NASSIR A. SIMS
12327 Tideswell Mill Ct.
Woodbridge, VA 22192

By: _____
Michael D. Minerva
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Michael.Minerva@usdoj.gov